AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ANSWER Coalition
1247 E St SE
Washington, DC 20037
V.

U.S. Department of the Interior

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00870
Assigned To : Friedman, Paul L.
Assign. Date : 5/20/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

Dirk Kempthorne, in his official capacity as Secretary of the Interior
Department of the Interior
1849 C St, NW
Washington, DC 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Partnership for Civil Justice
617 Florida Ave, NW
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**
CLERK

MAY 2 0 2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/11/2008 |
| NAME OF SERVER *(PRINT)* RADHIKA MILLER | TITLE Staff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personally served agent for defendant, Arthur Gary, Associate Solicitor, at 10:00 AM on 6/11/2008 at 1849 C St, NW. Additionally served with Complaint, Motion for Preliminary Injunction and Memorandum in Support of Motion for Preliminary Injunction

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/11/08
    *Date*

Signature of Server: Radhika M Smith

Address of Server:
3110 Mount Vernon Avenue
Apt. 608
Alexandria, VA 22305

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.