AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ANSWER Coalition
1247 E St SE
Washington, DC 20037

V.

U.S. Department of the
Interior

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00870
Assigned To : Friedman, Paul L.
Assign. Date : 5/20/2008
Description: FOIA/Privacy Act

C/

TO: (Name and address of Defendant)

Michael B. Mukasey, in his official capacity as
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Partnership for Civil Justice
617 Florida Ave, NW
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

MAY 20 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/11/2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Radhika Miller | Staff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): *personally served agent for defendant, Donna Monroe, General Clerk Number 2, at 10:45 am on 6/11/08 at 950 Pennsylvania Avenue NW. Additionally served with Complaint, Motion for Preliminary Injunction and Memorandum in Support of Motion for Preliminary Injunction*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/11/08  _____
        Date             Signature of Server

311 Mount Vernon Avenue Apt. 608
Alexandria, VA 22305
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.