```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

A.N.S.W.E.R. COALITION,            )
   1247 E Street, S.E.             )
   Washington, D.C. 20003,         )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )  Civil No. 08-0870
                                   )
UNITED STATES DEPARTMENT OF        )
   THE INTERIOR,                   )
   1849 C Street, N.W.             )
   Washington, D.C. 20240          )
                                   )
                                   )
        Defendant.                 )
                                   )
```

PRAECIPE

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Marina Utgoff Braswell as counsel for the defendant United States Department of the Interior.

Respectfully submitted,

\_\_\_\_/s/_____
JEFFREY A TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_\_\_/s/_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226