```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

A.N.S.W.E.R. COALITION,            )
  1247 E Street, S.E.              )
  Washington, D.C. 20003,          )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )   Civil No. 08-0870
                                   )
UNITED STATES DEPARTMENT OF        )
  THE INTERIOR,                    )
  1849 C Street, N.W.              )
  Washington, D.C. 20240           )
                                   )
                                   )
        Defendant.                 )
                                   )
```

DEFENDANT'S UNOPPOSED MOTION FOR BRIEF ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b), defendant moves for a brief extension of time, to and including June 23, 2008, in which to respond to plaintiff's motion for a preliminary injunction. The parties are currently engaged in settlement negotiations which may obviate the need for the Court to address plaintiff's motion. The extension of time is sought to enable these negotiations to be completed and, if unsuccessful, allow defendant time to complete and file its response to plaintiff's motion.

Plaintiff has informed defendant that it will not oppose this motion.

Accordingly, for the foregoing reasons, defendant respectfully requests that this unopposed motion for

enlargement of time be granted.

        Respectfully submitted,

        \_\_\_/s/_____
        JEFFREY A TAYLOR, D.C. BAR # 498610
        United States Attorney

        \_\_\_/s/_____
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        \_\_\_/s/_____
        MARINA UTGOFF BRASWELL, D.C. BAR # 416587
        Assistant United States Attorneys
        U.S. Attorney's Office
        555 4th Street, N.W. - Civil Division
        Washington, D.C. 20530
        (202) 514-7226

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

A.N.S.W.E.R. COALITION,            )
  1247 E Street, S.E.              )
  Washington, D.C. 20003,          )
                                   )
      Plaintiff,                 )
                                   )
      v.                         )   Civil No. 08-0870
                                   )
UNITED STATES DEPARTMENT OF        )
  THE INTERIOR,                    )
  1849 C Street, N.W.              )
  Washington, D.C. 20240           )
                                 )
      Defendant.                 )
                                   )

## **ORDER**

    Upon consideration of defendant's unopposed motion for extension of time to file a response to plaintiff's motion for a preliminary injunction, and the entire record herein, and it appearing to the Court that the grant of this unopposed motion would be just and proper, it is hereby

    ORDERED that defendant's unopposed motion is granted; and it is further

    ORDERED that defendant shall have to and including June 23, 2008, in which to respond to plaintiff's motion for a preliminary injunction.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE