UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

A.N.S.W.E.R. COALITION,            )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )  Civil No. 08-0870
                                   )
UNITED STATES DEPARTMENT OF        )
   THE INTERIOR,                   )
                                   )
                                   )
        Defendant.                 )
_____    )

DEFENDANT'S UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b), defendant moves for a brief further extension of time, to and including June 27, 2008, in which to respond to plaintiff's motion for a preliminary injunction.  On Friday, June 20, 2008, defendant hand-delivered to plaintiff the information requested in plaintiff's Freedom of Information Act [FOIA] request, with the exception of minor deletions pursuant to Exemption 6 of the FOIA.  The parties are still engaged in settlement negotiations which may obviate the need for the Court to address plaintiff's motion.  The extension of time is sought to enable these negotiations to be completed and, if unsuccessful, allow defendant time to complete and file its response to plaintiff's motion.

Plaintiff has informed defendant that it will not oppose this motion.

Accordingly, for the foregoing reasons, defendant respectfully requests that this unopposed motion for

enlargement of time be granted.

Respectfully submitted,


_____/s/_____
JEFFREY A TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
MARINA UTGOFF BRASWELL, D.C. BAR # 416587
Assistant United States Attorneys
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

A.N.S.W.E.R. COALITION,            )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )   Civil No. 08-0870
                                   )
UNITED STATES DEPARTMENT OF        )
   THE INTERIOR,                   )
                                   )
                                   )
        Defendant.                 )
_____)

## ORDER

Upon consideration of defendant's unopposed motion for further extension of time to file a response to plaintiff's motion for a preliminary injunction, and the entire record herein, and it appearing to the Court that the grant of this unopposed motion would be just and proper, it is hereby

ORDERED that defendant's unopposed motion is granted; and it is further

ORDERED that defendant shall have to and including June 27, 2008, in which to respond to plaintiff's motion for a preliminary injunction.

_____
UNITED STATES DISTRICT JUDGE