UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.N.S.W.E.R. COALITION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 08-0870 |
| UNITED STATES DEPARTMENT OF THE INTERIOR, | ) ) ) ) |
| Defendant. | ) ) |

## VOLUNTARY STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL

In this case brought under the Freedom of Information Act, 5 U.S.C. § 552, it is hereby stipulated and agreed between plaintiff ANSWER [Plaintiff] and defendant United States Department of the Interior [Defendant], collectively referred to hereinafter as "the Parties", by and through their respective attorneys, as follows:

1. The parties agree to settle and compromise this action under the terms and conditions set forth herein.

2. In consideration of plaintiff's agreement that this action shall be dismissed with prejudice, defendant agrees to take the following action:

(a) produce to plaintiff on a disk in electronic spreadsheet format the information responsive to plaintiff's FOIA request that was released to plaintiff on June 20, 2008; and

(b) pay plaintiff the total sum of $7,000.00 in full satisfaction of any and all claims by plaintiff to attorneys'

fees and costs in connection with this case.

3. The undersigned counsel represent that they are authorized to make this agreement on behalf of their clients.

4. Execution of this Stipulation of Settlement by Plaintiff's counsel and counsel for the Defendant shall constitute a dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

5. This Stipulation shall be binding upon and inure to the benefit of the Parties hereto and their respective successors and assigns.

6. The Parties agree that a facsimile of the signatures of the parties and counsel will be the same as the original.

7. The Court shall retain jurisdiction to enforce the terms of this Stipulation and to conduct such further proceedings and award relief as may be necessary to resolve any breach of this Agreement by any of the Parties.

8. This Stipulation shall become effective upon the Court's entry of this Stipulation and at that time shall be the final expression of the Parties' voluntary, full, final, and complete settlement agreement.

9. The Parties understand that this Stipulation contains the entire agreement between Plaintiff and Defendant; that no promise or inducement has been made except as set forth herein; and that no representations, oral or otherwise, between Plaintiff

and Defendant, or their respective counsel, not included herein shall be of any force and effect.

10. This Stipulation of Settlement may not be altered, modified, withdrawn, waived, rescinded or supplemented except by written instrument executed by duly authorized representatives of both parties.

Executed this 27 day of June, 2008.

Respectfully submitted,

_____  
MARA VERHEYDEN-HILLIARD  
D.C. BAR # 450031  
CARL MESSINEO  
D.C. BAR # 450033  
PARTNERSHIP FOR CIVIL JUSTICE  
617 Florida Ave., N.W.  
Washington, D.C. 20001  
(202) 232-1180

_____  
JEFFREY A. TAYLOR  
D.C. BAR # 498610  
United States Attorney

_____  
RUDOLPH CONTRERAS  
D.C. BAR # 434122  
Assistant U.S. Attorney

_____  
MARINA UTGOFF BRASWELL  
D.C. BAR #416587  
Assistant U.S. Attorney  
U.S. Attorney's Office  
555 4th Street, N.W.  
Washington, D.C. 20530  
(202) 514-7226

Counsel for Plaintiff          Counsel for Defendant

Upon consideration of the foregoing settlement agreement and stipulation, <u>ANSWER v. United States Department of the Interior</u>, Civil No. 08-0870, is hereby dismissed with prejudice on this _____ day of _____, 2008.

SO ORDERED.


_____
HONORABLE PAUL L. FRIEDMAN,
UNITED STATES DISTRICT JUDGE